IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00229-MHT |
| | ) | (WO) |
| RAVEN ALEXANDREA THORNTON | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

Now pending before the court is the government's motion to amend the preliminary order of forfeiture filed on May 19, 2023.

On March 13, 2023, this court entered a preliminary order of forfeiture (Doc. 48) that directed forfeiture of the defendant's interest in $1,834.00 in U.S. Currency.

On March 21, 2023, Regions Bank submitted a valid and timely claim of ownership of the seized currency. The government acknowledges the ownership rights of Regions Bank and believes it is in the interest of justice for the currency to be returned to the bank.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that the government's motion to amend the preliminary order of forfeiture (Doc. 52) is granted as follows:

1. The $1,834.00 in U.S. Currency shall be returned to Regions Bank by and through the United States Marshals Service.

2. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

3. IT IS FURTHER ORDERED that the clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 6th day of June, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE