IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:22cr229-MHT
                            )            (WO)
RAVEN ALEXANDREA THORNTON   )
```

**ORDER**

Because the court is concerned that an over-dosage of Crohn's disease medication may have influenced, in whole or in part, defendant Raven Alexandrea Thornton's commission of the crime at issue, it is ORDERED that:

(1) Sentencing is continued to August 25, 2023, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The court suggests that, in addition to Drs. Griffith and Zito, defense counsel consult a gastroenterologist, pharmacologist, or another kind of specialist who has more background in the particular medication at issue and its possible effects. (The court

is concerned whether Drs. Griffith and Zito have the requisite specific knowledge about Crohn's disease and its treatment because both doctors repeatedly misspelled the name of the disease in their psychological reports.)

(3) Three business days before resumption of sentencing, defense counsel is to file a report on whether the medication influenced any aspect of defendant Thornton's behavior or cognitive functioning related to the crime at issue, and, if so, how.  If defense counsel desires to present live testimony regarding this issue, he should make the appropriate arrangements.

DONE, this the 20th day of July, 2023.

                                /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE