IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:22cr229-MHT
                            )            (WO)
RAVEN ALEXANDREA THORNTON   )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Raven Alexandrea Thornton to receive mental-health treatment in accordance with the detailed recommendations of Dr. Ashlee Zito.  *See* Forensic Psychological Evaluation (Doc. 59-7) at 11-12.  Such treatment shall begin with a psychiatric consultation to determine defendant Thornton's psychotropic medication needs, if any, and an evaluation for

domestic violence. Treatment shall include, at least at the beginning, weekly sessions of individual psychotherapy (with a focus on improving decision-making skills, developing adaptive coping mechanisms, avoiding domestic violence, and reducing suicidal ideations). The mental-health provider shall be someone with expertise and experience in treating depression and anxiety symptoms. Defense counsel shall assist the probation department in securing such treatment and shall regularly monitor whether defendant Thornton is receiving such treatment.

(2) It is further ORDERED that, within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Thornton is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any

mental-health practitioner treating defendant Thornton receives a copy of the psychological evaluations conducted by Dr. H. Randall Griffith, *see* Competency Evaluation (Doc. 59-6), and Dr. Ashlee Zito, *see* Forensic Psychological Evaluation (Doc. 59-7).

DONE, this the 2nd day of October, 2023.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**