IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr229-MHT |
| | ) | (WO) |
| RAVEN ALEXANDREA THORNTON | ) | |

ORDER

Upon consideration of defendant Raven Alexandrea Thornton's motion for sentence reduction under Amendment 821 (Doc. 90), it is ORDERED that defendant's motion is referred to the Amendment 821 Screening Panel for recommendation. (*See* 2:23-cm-4048-ECM).

Because the court's Amendment 821 Screening Panel includes a lawyer from the Federal Defender program, it is further ORDERED that defendant's motion for appointment of counsel (Doc. 90) is denied as unnecessary at this time. If the Panel does not reach a unanimous recommendation, or if the court disagrees with the recommendation, the court will reconsider appointing counsel for the defendant.

DONE, this the 4th day of December, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE