IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:22cr229-MHT
                            )            (WO)
RAVEN ALEXANDREA THORNTON   )
```

ORDER

This case is before the court on defendant Raven Alexandrea Thornton's motion for a six-month sentence reduction (Doc. 89). Defendant Thornton seeks a sentence reduction because she was required to stay in the Montgomery County Jail for an extra six months after sentencing rather than being transferred quickly to the Bureau of Prisons, where she could begin earning First Step Act time credits for participating successfully in certain evidence-based programming. She contends she was unjustly denied these time credits due to the Bureau of Prisons' decisions to delay taking her into its custody and to place her in the prison where she ultimately was sent. In its response (Doc. 94), the government posits that her motion should be viewed as a challenge to how the Bureau of Prisons has calculated and executed her sentence, and notes that such challenges must be brought

through a habeas petition under 28 U.S.C. § 2241, which must be filed in the federal district court in the place where she is incarcerated, not in the sentencing court. The court agrees. In addition, the court finds that, to the extent defendant Thornton seeks a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), she has failed to demonstrate that "extraordinary and compelling reasons warrant" a reduction. 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly, it is ORDERED that defendant Raven Alexandrea Thornton's motion for a six-month sentence reduction (Doc. 89) is denied.

DONE, this the 13th day of February, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**